**FILED**
JAMES J. VILT, JR. - CLERK
MAR 29 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Ryan Johnson

_____

(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 3:24CV-210-JHM
(To be supplied by the clerk)

Chris Whited
Lane Irwin
David Stambaugh
Hannah Murphy
Warden Kevin Mazza

(✓) DEMAND FOR JURY TRIAL
( ) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

I.  PARTIES

(A) **Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Ryan Johnson

Place of Confinement: North Point Training Center

Address: PO Box 479 710 W Gluers reed rd Burgin KY 40310

Status of Plaintiff: CONVICTED (✓) PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: _____

Place of Confinement: _____

5

Address: _____

Status of Plaintiff: CONVICTED ( __ ) PRETRIAL DETAINEE ( __ )

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( __ ) PRETRIAL DETAINEE ( __ )

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant **Chris Whited** is employed as **Sgr Gevt** at **North Point training Center**.

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(2) Defendant **Lane Irwin** is employed as **CO** at **North Point training Cnty**.

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(3) Defendant **Hannah Murphy** is employed as **Lt** at **North Point training Cnty**.

The Defendant is being sued in his/her ( ✓ ) individual and/or ( — ) official capacity.

(4) Defendant **David Stanbaugh** is employed as **CC** at **North Point training Cnty**.

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(5) Defendant  Kelvin Mazy  is employed as  Warden  at  North Point Training Center

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

## II.  PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action?  YES (__) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

Court (if federal court, name the district. If state court, name the county): _____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

8

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

SGent Chris Whited Vilolated my rights BY one he Knew I was Jewish and he Bled all over me and my religus Matav after I told him that I was Being ConPlient 2) Unaltriged Use of force BY tazing me from Chris Whited officer Lane Ithin officer David Stambaush Punched me In the head why I was hand Cuffed and tazed me 3 times I was not even fighting Back I could not I was found Gilty of A 7-4 Physical Action resulting In death or Injury of A employee now I am Being Hell In the SMU and DOC Is refusing to transfer me also warden maza Is refusing to Give me his first name and Date of Abuse is on feB 14 2024 At 3 PM also the CO I Assalted Is Still working Around me If I was such A Security treat Why Is my

4

9

### III. STATEMENT OF CLAIM(S) continued

victam still working around me also DOC is holding back on my due prosses for my write ups by loseing paper work and refuseing to take pictures of my injerys violateing my Jewish religion by not leting have my prayer book's or leting me have Kosher meals at all

5

10

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 200,000.00

✓ grant injunctive relief by Being transfered

✓ award punitive damages in the amount of $ 200,000

___ other: _____

## V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This ___ day of _____, 20__.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6

RM 123 EDKY (Revised 8/96)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
PURSUANT TO THE CIVIL RIGHTS ACT, 42 U.S.C. §1983
OR
PURSUANT TO BIVENS V. SIX UNKNOWN FEDERAL NARCOTICS AGENTS, 403 U.S. 388

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

_____
Division of Court

Ryan Johnson
(Enter above the full name of the plaintiff in this action)
(Social Security #) 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

VS:                                         CASE NO. _____
                                            (To be completed by Court)

(Deft. #1) Nevin Mazo
(Deft. #2) Chris Whited
(Deft. #3) Lane Irwin
(Enter above the full name of the defendant(s) in this action)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in State or Federal Court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       Yes (✓)       No ( )

   B.  If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1. Plaintiffs        Ryan Johnson

       2. Defendants        Scott King
                            Aramark

       3. Court (If federal court, name the district; if state court, name the county):
          _____

27

4. Docket number 3:22-CL-0066 Date filed: 12-1-21

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) still pending

6. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____

A. IF YOU ARE A STATE/CITY/COUNTY PRISONER YOU MUST ANSWER:

1. Is there a grievance procedure in the institution where the facts happened?
   Yes (✓)   No ( )

2. Did you present the facts relating to your complaint in an administrative remedy procedure?   Yes ( )   No (✓)

3. If your answer to 2 is YES, state what you did and what the result was:
   _____
   _____
   _____

4. If your answer to 2 is NO, explain why not: _____
   _____

B. IF YOU ARE A FEDERAL PRISONER YOU MUST ANSWER:

1. Did you present the facts to the prison authorities according to administrative procedures?   Yes ( )   No ( )

2.a. If your answer to 1 is YES, state the level(s) of the administrative remedy procedure to which you presented the claim(s): (check)
   ____ to Warden
   ____ appeal of Warden's response to Regional Director
   ____ appeal of Regional Director's response to Office of General Counsel

2.b. What was the result? _____
   _____

3. If your answer to 1 is NO, explain why not. _____
   _____

28

III. PARTIES

A. Name of PLAINTIFF (your name) Ryan Johnson
Address 710 Walter reed road
Burgin KY 40310

B. Name of DEFENDANT #1: Kevin Mazy
Is employed as: Warden
At: North point training center

Additional defendants: (If more than 3 defendants, you may use the back of this sheet or attach additional sheets)

Name of DEFENDANT #2: Keven Whited
Is employed as: Sargent
At: North Point training Center

Name of DEFENDANT #3: Lane Irwin
Is employed as: Cracciangl office
At: North point training center

IV. STATEMENT OF CLAIM

A. Which of your constitutional rights or federal law rights or what administrative regulation that applies to you has been violated?

Hate crime Brutality By state official Abuse Un nessisary force mental/ Phicical Pain Suffering

B. State here the facts of your case. Describe how each defendant is involved. Include the names of other persons involved, dates and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet(s) if necessary.

Kiver white told me way I was Hand Cuffed So to othe Co's Pepper Sprayed me I was hand cuffed and warden Kevin mazy refused to tane pics of my injurys

29

On top of that I am getting ACA which will keep me in the Hole for a extra 3 months for no reason

V. RELIEF - State briefly exactly what you want the court to do for you.

I want the court to sue them pay me for my injurys and stress

I declare under penalty of perjury that the foregoing is true and correct.

3-5-24
Date Signed

[signature]
Signature of Plaintiff

30



PBorB
Ryan Johnson 298791
n+c
Po Box 479
Burgin KY
40310

3-22-24

Clerk office
601 W Broadway Rm 106
Gene Snyder United State Courthouse
Louisville KY 40202

Northpoint Training Center
State Prison
Inmate Mail
P.O. Box 479 Burgin, KY 40310

Northpoint Training Center
State Prison
Inmate Mail
479 Burgin, KY 40310